IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| SAIKEEN DIXON | : | NO. 23-209-2 |

## **ORDER**

**AND NOW**, this 4th day of September, 2025 upon consideration of Defendant Saikeen Dixon's Motion for a New Trial Pursuant to Rule 33 of the Federal Rules of Criminal Procedure (Dkt. #255) and the Government's response thereto (Dkt. 263), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.